IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

INTEL CORPORATION,
a Delaware Corporation,

        Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
UNIVERSITY OF WISCONSIN-MADISON
and CAROLYN A. MARTIN, JOHN D.
WILEY, DAVID WARD, MARVIN H.
SOLOMON, DAVID M. KONSHAK,
GURINDAR S. SOHI, SCOTT E. BREACH,
ANDREAS I. MOSHOVOS and TERANI N.
VIJAYKUMAR, individuals,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-700-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Board of Regents of the University of Wisconsin System, University of Wisconsin-Madison, Carolyn A. Martin, John D. Wiley, David Ward, Marvin H. Solomon, David M. Konshak, Gurindar S. Sohi, Scott E. Breach, Andreas I. Moshovos and Terani N. Vijaykumar dismissing plaintiff Intel Corporation's eleventh cause of action brought under 42 U.S.C. § 1983 for a violation of its due process rights as provided by the Fifth and Fourteenth Amendments with prejudice for failure

to state a claim upon which relief can be granted and dismissing the remainder of plaintiff's causes of action without prejudice under 28 U.S.C. § 1367(c)(3) for a lack of subject matter jurisdiction.

_____          APR 2 8 2009
Peter A. Oppeneer, Clerk of Court          _____
                                                                       Date